467 A.2d 43

Commonwealth v. Helterbran, Appellant.

Submitted July 27, 1983. Joseph Peter Semasek, for appellant; Richard B. Russell, District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Order affirmed.